# Court of Appeals
# of the State of Georgia

ATLANTA, __January 07, 2016__

*The Court of Appeals hereby passes the following order:*

**A16A0598.  TUCKER v. MERCEDES BENZ FINANCIAL SERVICES USA, LLC.**

This appeal was docketed on November 30, 2015, such that appellant Clifton Tucker's initial brief was due on December 21, 2015. Rule 23 (a) (an appellant's brief "shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). As of December 31, 2015, however, Tucker had neither filed an initial brief nor asked for an extension to time for doing so. We therefore DISMISS this appeal. Id.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __01/07/2016__
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*